FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 19-0533

**NATIONAL INDEMNITY COMPANY,**

*Plaintiff and Appellant,*

**v.**

**STATE OF MONTANA,**

*Defendant and Appellee*

**and**

**TERRY JELLESED, *et al.*,**

*Interveners.*

## ORDER GRANTING AMICUS CURIAE UNITED POLICYHOLDERS' MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF

Upon consideration of amicus curiae United Policyholders' Motion for Extension of Time to File Amicus Brief, for good cause, and there being no objection, United Policyholders is granted an extension of time of seven (7) days to file and serve its brief on or before May 22, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 15 2020